■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JORDAN, Appellant. [771 NYS2d 457]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered November 26, 2002. The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Contrary to the contention of defendant, his waiver of the right to appeal was effective, even though it was not in writing (see People v Willis, 2 AD3d 1322 [2003]). We conclude that defendant knowingly, intelligently and voluntarily waived his right to appeal, and none of defendant's remaining contentions survive that waiver. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA D. GOODMAN, Appellant. [771 NYS2d 442]—Appeal from a judgment of the Wayne County Court (Stephen R. Sirkin, J.), rendered November 13, 2002. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see People v Downing, 217 AD2d 1009, 1009-1010 [1995], lv denied 86 NY2d 873 [1995]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.